JOSEPH MARINONE ET AL. *v.* ENES PELLEGRINI ET AL.

The defendants' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Irving Reiner* and *Anthony C. Ward,* in support of the petition.

*Steven B. Fisher,* in opposition.

Submitted December 3—decided December 9, 1976

MORTON B. KAHN REALTY COMPANY ET AL. *v.* ZONING BOARD OF THE CITY OF STAMFORD

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*John E. Smyth,* assistant corporation counsel, in support of the petition.

*Isadore M. Mackler* and *Leo Gold,* in opposition.

Submitted December 3—decided December 9, 1976

LOUISE G. SMITH *v.* DELAVAN P. SMITH

It appearing that the plaintiff is represented by counsel, her pro se "Motion for Permission to File a Non-Conforming Brief and Appendix" in the appeal from the Superior Court in Litchfield County is denied.

*Louise G. Smith,* pro se, in support of the motion.

Submitted November 29—decided December 20, 1976